BRYAN SCHRODER
United States Attorney

CHARISSE ARCE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: charisse.arce@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARY ANN MCCARTY,<br><br>Defendant. | No. 3:21-cr-00028-SLG-MMS<br><br>COUNT 1:<br>MISAPPROPRIATION OF POSTAL FUNDS<br>    Vio. of 18 U.S.C. § 1711 |

I N F O R M A T I O N

The United States Attorney charges that:

COUNT 1

From on or about March 2016, through on or about March 2018, within the District of Alaska, the defendant, MARY ANN MCCARTY, an employee of the United States Postal Service, did loan, use, pledge, hypothecate, and convert to her

own use more than $1,000, belonging to the United States Postal Service and entrusted to her as a postmaster of the United States Postal Service, coming into her hands and under her control in any manner, in the execution and under color of her office, employment, and service.

All of which is in violation of 18 U.S.C. § 1711.

DATED this ___ day of _____, 2021, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ *Charisse Arce*
CHARISSE ARCE
Assistant U.S. Attorney
United States of America

2

Case 3:21-cr-00028-SLG-MMS   Document 1   Filed 02/24/21   Page 2 of 2